UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMAL MILLER** | **CIVIL ACTION** |
| **VERSUS** | |
| **RUBICON, LLC, ET AL.** | **NO.:15-00792-BAJ-EWD** |

## ORDER AND RULING

Considering the **Ex Parte Motion to Dismiss (Doc. 15)** filed by Plaintiff Jamal Miller,

**IT IS ORDERED** that the **J Ex Parte Motion to Dismiss (Doc. 15)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>15th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**